Magistrate Judge Michelle L. Peterson

```
                FILED         ENTERED
                LODGED        RECEIVED

                NOV 15 2024

                      AT SEATTLE
              CLERK U.S. DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
           BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MEDINA-ANDRADE,<br><br>Defendant. | NO. MJ24-719<br><br>MOTION FOR DETENTION |

The defendant in the above captioned case has been arrested for a supervised release violation for another district.

The United States moves under Federal Rule of Criminal Procedure 32.1(a)(6) – which incorporates by reference the standards of Title 18, United States Code, Section 3143(a)(1) – to detain the defendant pending the final disposition of the supervised release violation in this matter.

DATED this 14th day of November 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

MOTION FOR DETENTION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970