UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MEDINA-ANDRADE,<br><br>Defendant. | CASE NO. **2:24-mj-00719**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was arrested on a warrant issued by the Western District of Texas for allegedly violating conditions of probation. As a condition of probation, Defendant was ordered to report to immigration officials or report to the probation office if he was not deported, or if he reentered the country. Defendant was released from immigration custody early this year, was not deported but failed to report to the probation office. When Defendant was released from immigration detention, the immigration judge ordered him to remain in the Chicago area. He did not and instead traveled to this district where he was arrested. The immigration authorities have

DETENTION ORDER - 1

consequently filed a detainer on Defendant. Defendant also failed to report to the probation office. The Court finds Defendant is a flight risk and should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of November, 2024

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2