MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MEDINA-ANDRADE,<br><br>Defendant. | No. MJ24-719<br><br>Charging District's Case No.<br>3:23-cr-02408-KC-1<br><br>WAIVER OF RULE 32.1(a)(5) HEARING<br>AND ORDER OF TRANSFER |

I, Jose Medina-Andrade, have appeared before a United States Magistrate Judge in the Western District of Washington. I understand there is a petition alleging a violation of supervised release or probation pending in another district, the Western District of Texas. I have been informed of the nature of the alleged violation and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

    a. the appointment of counsel at no cost if I am unable to afford counsel;

    b. retain counsel of choice.

(2) **A Hearing:**

    a. <u>Preliminary Hearing.</u> If the alleged violation occurred in this district, I have the right to a preliminary hearing under Fed. R. Crim. P. 32.1(b) to determine whether there is probable cause to believe that a violation occurred; or

WAIVER OF RULE 32.1(a)(5) AND
ORDER OF TRANSFER - 1

      b. <u>Identity Hearing & Production of Warrant.</u> If the alleged violation did not occur in this district, then I have the right to

          i. production of certified copies of the judgment, warrant, and warrant application, or copies of those documents by reliable electronic means, and

          ii. an identity hearing to determine if I am the same person named in the warrant.

**(3) Detention Hearing:** I have the right to a hearing to determine my release or detention pending further proceedings under 18 U.S.C. § 3143(a)(1).

I agree to waive my right(s) to:

    ✗  an identity hearing and production of the warrant.

        a preliminary hearing in this district.

        a detention hearing in this district.

I consent to the issuance of an order directing me to appear and answer in said district where the petition is pending.

DATED this 20th day of November, 2024

_____        _____
Defense Counsel                                            Defendant

**ORDER OF TRANSFER**

Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the Western District of Texas. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 20th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE