

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

November 20, 2024

**CLERK, US DISTRICT COURT**
Texas Western District Court
Richard C. White Federal Building
700 East San Antonio Avenue
El Paso, TX 79901

Re:  JOSE MEDINA-ANDRADE

Your No:  2:23-CR-2408-KC-1
Our No:  MJ24-719

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 32.1(a)(5), dated 11/20/2024, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Andy Quach,
Deputy Clerk